JOEL D. SIEGEL (State Bar No. 155581)
JENNIFER YU SACRO (State Bar No. 208988)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
Johnny Rockets Licensing Corporation

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Rockets Licensing Corporation, a California Corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>Beverly Hills Rockets, Inc., a California corporation; Massoud Moaven a.k.a. Massod Moaven, an individual,<br><br>       Defendants. | Case No. SACV 07-769-CJC(ANx)<br><br>[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT<br><br>Date:  June 8, 2009<br>Time:  1:30 p.m.<br>Place:  Courtroom 9B<br><br>Judge: Hon. Cormac J. Carney<br><br>Date Action Filed: July 3, 2007 |

1    Plaintiff Johnny Rockets Licensing Corporation's ("Johnny Rockets")

2   Motion to Confirm and Enter Judgment on Arbitration Award came on regularly

3   for hearing on June 8, 2009 at 1:30 p.m. in Courtroom 9B of the above-entitled

4   Court.  Defendants Beverly Hills Rockets, Inc. and Massoud Moaven (collectively,

5   "Defendants") filed no opposition to the motion.  After consideration of the

6   moving papers and arguments of counsel, and good cause appearing therefor,

7   the Court hereby orders as follows:

8       1.    That Johnny Rockets' Motion to Confirm and Enter Judgment on

9   Arbitration Award be GRANTED;

10      2.    That the arbitration award in favor of Johnny Rockets against

11   Defendants be CONFIRMED in form and content;

12          A.    That a copy of the December 8, 2008 Interim Award of the

13      American Arbitration Association in the arbitration of *Johnny Rockets*

14      *Licensing Corporation v. Beverly Hills Rockets, et al.*, Case No. 72-114-Y-

15      000254-08, be attached hereto as Exhibit A and made part of this Order and

16      Judgment;

17          B.    That a copy of the March 18, 2009 Final Award of the

18      American Arbitration Association in the arbitration of *Johnny Rockets*

19      *Licensing Corporation v. Beverly Hills Rockets, et al.*, Case No. 72-114-Y-

20      000254-08, be attached hereto as Exhibit B and made part of this Order and

21      Judgment;

22      3.    That Johnny Rockets recover from Defendants the sum of $108,200,

23   with prejudgment interest at a rate of 10.0% per year from December 8, 2008 to

24   June 8, 2009, together with attorneys' fees and costs incurred during the arbitration

25   in the amount of $225,028.37, with prejudgment interest at a rate of 10.0% per

26   year from March 18, 2009 to June 8, 2009.  As of June 8, 2009, the total amount

27   due and owing to Johnny Rockets from Defendants shall be $388,144.61, with

28   post-judgment interest accruing at a rate of 0.47% per year.

[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT

4.     That Defendants be permanently enjoined in accordance with the provisions set forth in Section V of Exhibit A [Interim Award]; and

5.     That Johnny Rockets recover from Defendants attorneys' fees and costs incurred in bringing the Motion to Confirm and Enter Judgment on Arbitration Award, in an amount to be briefed.

IT IS SO ORDERED, ADJUDGED AND DECREED.

June 8, 2009
Dated_____     _____

                      HON. CORMAC J. CARNEY
          U.S. DISTRICT COURT FOR THE CENTRAL
                    DISTRICT OF CALIFORNIA

27325775

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(415) 882-5000

[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT